UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

LEV PARNAS,
IGOR FRUMAN,
DAVID CORREIA, and
ANDREY KUKUSHKIN,

               Defendants.

No. 19 Cr. 725 (JPO)

---

## NOTICE OF APPEARANCE

The undersigned respectfully enters his appearance as counsel for Defendant Igor Fruman and has been designated to accept service of all notices, filings, correspondence and other papers relating to this action on behalf of Mr. Fruman. The undersigned certifies that he is admitted to practice in this Court.

Dated:    October 22, 2019
              New York, New York

                    Respectfully submitted,

                    CADWALADER, WICKERSHAM & TAFT LLP

                    By:    */s/ Todd Blanche*
                           Todd Blanche

                    200 Liberty Street
                    New York, New York 10281
                    Telephone: (212) 504-6000
                    Facsimile: (212) 504-6666

                    *Attorney for Defendant Igor Fruman*