# CADWALADER

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

November 5, 2019

**VIA EMAIL**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Igor Fruman, 19 Cr. 725 (JPO)

Dear Judge Oetken:

I am counsel for Mr. Fruman. I write to respectfully request two modifications to Mr. Fruman's bail conditions. First, Mr. Fruman respectfully requests that Mr. Steven Fruman be removed as a potential cosignor on the bond and replaced with an otherwise qualified financially responsible person. We have identified a potential cosignor and will arrange for that cosignor to be interviewed by the United States Attorney's Office.

Second, Mr. Fruman requests that the Court modify Mr. Fruman's bail travel conditions to allow Mr. Fruman to meet with counsel when necessary. Specifically, to travel to the District of Columbia and points in between for travel, with prior notice and approval of his pre-trial services' officer, when necessary to meet with counsel.

The Government does not object to the requested modifications sought herein.

Respectfully Submitted,

Todd Blanche

Granted.
So ordered.
 November 5, 2019

J. PAUL OETKEN
United States District Judge

cc:   Rebekah Donaleski, Esq.
      Nicolas Roos, Esq.
      Douglas Zolkind, Esq.

Todd Blanche  Tel +1 212 504-6226  Fax +1 212 504-6666  todd.blanche@cwt.com