UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    v.<br><br>LEV PARNAS,<br>IGOR FRUMAN, and<br>ANDREY KUKUSHKIN,<br><br>                              Defendants. | No.  19 CR 725 (JPO) |

### NOTICE OF DEFENDANT IGOR FRUMAN'S MOTION TO SEVER AND DEFENDANTS IGOR FRUMAN, LEV PARNAS, AND ANDREY KUKUSHKIN'S JOINT MOTION FOR RELIEF FROM THE GOVERNMENT'S VIOLATION OF ATTORNEY-CLIENT PRIVILEGE

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, dated December 1, 2020, Defendant Igor Fruman, moves this Court, before the Honorable J. Paul Oetken, for an Order, pursuant to Federal Rules of Criminal Procedure 8(b) and 14, severing his trial from that of his co-defendant, Lev Parnas, or in the alternative, severing the trial of Count Seven from the trial of Counts One through Six of the Superseding Indictment.

PLEASE TAKE FURTHER NOTICE that Defendant Igor Fruman joined by co-defendants Lev Parnas, and Andrey Kukushkin move this Court for an Order dismissing the indictment or suppressing electronic evidence subject to the attorney-client privilege and unlawfully seized, and all evidence obtained or derived therefrom, or in the alternative, a pretrial suppression hearing, and any such further relief as the Court deems necessary, just and proper.

Dated:       December 1, 2020
             New York, New York

Respectfully submitted,

CADWALADER, WICKERSHAM & TAFT LLP

By: */s/* Todd Blanche
Todd Blanche
Sara Bussiere
Timbre Shriver

200 Liberty Street
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
todd.blanche@cwt.com
sara.bussiere@cwt.com
timbre.shriver@cwt.com
*Attorneys for Defendant Igor Fruman*