UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

LEV PARNAS,
IGOR FRUMAN, and
ANDREY KUKUSHKIN,
                 Defendants.

19-CR-725 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      On May 25, 2021, counsel for Defendant Parnas filed a letter on the docket (Dkt. No. 191) containing certain information that had been redacted pursuant to an agreement with the Government. Because the letter was not redacted properly, the Court has placed a temporary seal on the letter.

      Counsel for Defendants are directed to confer with the Government and propose how to refile the letter on or before May 28, 2021.

      SO ORDERED.

Dated: May 26, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge