# EXHIBIT 2



**EXECUTIVE DIRECTOR**
Rabbi Yosef Mishulovin

**HONORARY CHAIRMAN**
Rabbi Elimelech Silberberg

**EDUCATIONAL DIRECTOR**
Tzipora Mishulovin

**JEWISH PRACTICE**
Jewish Calendar
Tefillin
Mezuzah

**SHABBAT AND HOLIDAYS**
Community Shabbatons
Synagogue Holiday Celebration
Residential Holiday Celebration
Jewish Holiday Guides

**CHILDREN'S PROGRAMS**
Hebrew Education Center
Winter Camp
Summer camp
Bar and Bat Mitzvah Instruction
Jewish Children's library
Scholarship programs for children

**LIFECYCLE EVENTS**
Baby Naming
Arranging Bris Milah
Bar and Bat Mitzvah Celebration
Weddings
Counseling

Rehabilitation, hospital, mourner, and prison visitations Kaddish

**LEARNING VALUES**
Torah Classes for Men
Tea & Torah for Women

**Friends of Refugees
of Eastern Europe**
**15700** West 10 Mile Rd. #217
Southfield MI, 48075
Phone:. 248-894-5201
          248-833-0018
Email: Freerabbi@gmail.com
Web: www.freeofmichigan.org

B"H

December, 2021

Dear Judge Paul Oetken,

My name is Rabbi Yosef Misholovin.

Since 1990 I have served as a Rabbi in Detroit Michigan for the Jewish people who immigrated from the former Soviet Union. I met Igor Fruman after he arrived in Detroit about 27 years ago and we have had a strong friendship ever since. His entire family has always been a large part of our thriving community here. His mother Ida used to babysit my children when she first arrived and I've always known her and her late husband Michael to be kind and honest people.

Igor's family and I study Torah and celebrate Jewish holidays together. I remember on his son, Artur's, Bar Mitzvah day, we planned to do an early morning prayer together and Artur didn't want to wake up early so Igor decided to pour water over Artur to get him up and got him to the stand to recite his Torah portion.

Igor is an incredibly hardworking and very generous person. He is always helping people in need, both physically and financially. Every year we run a summer day camp for kids and Igor has always been one of our top donors to support our efforts. I'm so happy to see his son Artur is taking after his father and also supporting us with donations now that he is finding success in his own business.

I've noticed that all four of his children have such respect for their parents and that is because Igor has been an example by the way he has always taken care of his own parents. Especially now that his mother is ill, he is the one driving her to her doctor appointments, and he is by her side every single day to make sure she isn't lonely.  Knowing him for so many years I am sure that he will continue to do good and show kindness to others. I hope you will take this into consideration as you consider the sentencing of my good friend Igor.

Thank you.

*[signature]*

Rabbi Yosef Misholovin
Director