# EXHIBIT 3

Dear Judge Oetken,

My dad has always been helpful, loving and supportive. In my view my dad is the best dad that a person could have. There's more than a million things I could name that I love about him but my main one is that he teaches me and gives me examples of things that are gonna be helpful in life for me. The most favorite thing I like is that my dad listens to everything I say but sometimes I misbehave but he never makes me sad he just tells me to not do it again. So without my dad I can't learn from my mistakes and no one will be able to take me to my soccer game. Please Mr. Judge I would be miserable if you put my dad away for a long time.

Sincerely from, Gisele Fruman daughter of Igor Fruman

