# EXHIBIT 5

Nov 27, 2021
The Honorable J. Paul Oetken
United States District Court
500 Pearl St New York, NY 10007

Dear Judge Oetken,

    Your Honor, my name is Robert Fruman. I'm writing this letter on behalf of my father, as his youngest son. This man has been the best father figure I could ever ask for. He is the smartest and nicest man. He has made me responsible, independent, and conscious of the people close to me and the world around me. Once when I was eight years old he brought a book to me, which was "The Adventures of Huckleberry Finn" . At the time, reading wasn't that interesting to me and he told me that I had one week to finish the book. This overwhelmed me and frightened me in a way, but still in a week time I finished it. Reading this book taught me the importance of reading, which afterwards I enjoyed very much. To this day I still read for entertainment, knowledge, and self-improvement unlike many of my peers and kids my age. If he had given me the book as a present and not persisted on me to read it, I would've never read it, but the due date and my desire to win his respect pushed me to finish it. For this I'm very grateful, and I have now read many books that have taught me a lot of valuable lessons. My father also taught me all the morals I hold deep to my heart and how to be a great son. Recently my grandma was put in a nursing home, and I don't recall a single day he hasn't visited her and tried to make her more comfortable, joyful, and feel better about not being back in her own home. He is my true inspiration from a young age to now because he started from nothing and, against all odds, became a successful businessman and created an incredible family. These past two years I've gotten to spend more time with him which I'm so grateful for. We both started our fitness and culinary journey together, and have improved a lot. He used to be pretty fat, not being able to fit into some of his clothes, and now he is in the best shape a man his age can be in, which to me is crazy since his transformation is unimaginable to most who know him. We have also learned to cook together. Every single morning he wakes up at 6 am to take me to school and he offers breakfast, which is more than I ask for, and afterwards he picks me up at 2:20 pm and we come home to a feast for lunch as well as dinner. Today I'm a sophomore in high school and one lesson my father has always taught me is that it's more important to be kind than to be right. I'm confident this has helped me navigate high school and will continue to guide my relationships in the future. I can't even come close to imagining life without him, especially in these crazy times, so I'm really begging you to give him mercy.  Your Honor I would like to sincerely thank you for reading this letter and I hope you take my words to heart when it comes to making your decision.

Thank you,
Robert Fruman