# EXHIBIT 6



December 13, 2021

**Rabbi Fully Eisenberger**
*Director*

**Rabbi Dovid Bausk**
*Senior Instructor*

**Rabbi Yitzchak Pierce**
*Program Coordinator*

**Rabbi Binny Lewis**
*Educator*

**Rabbi Chaim Gluck**
*Program Coordinator*
*Michigan State University*

**Ms. Adina Sebbag**
*Senior Women's Lecturer*

**Mrs. Aviva Gelberman**
**Mrs. Talya Lewis**
**Dr. Jessica Triest**
*Women's Division*

**Mrs. Shani Eisenberger**
*Office Manager*

**Mr. Yosef Zigdon**
*CPA*

**Mr. Jonathon Triest**
*Board President*

**Mr. Mickey Eizelman**
**Mrs. Shari Kaufman**
**Mr. Gary Wine**
**Mrs. Lois Zinman**
*Board Members*

**Rabbi Shmuel Irons**
**Rabbi Meir Simcha Bakst**
**Rabbi Asher Eisenberger**
*Rabbinical Advisory Board*

**PROGRAMS**
Shabbat Meals
Torah Classes
Olami Inspire Fellowship
Israel Jewish Identity Trip
Poland Trip
Spiritual Counseling

To Whom it May Concern,

This letter serves to strongly support Mr. Igor Fruman. I have had the pleasure and honor of meeting Mr. Fruman when his son Artur attended the University of Michigan where I serve as a Rabbi for the Jewish students on campus. Besides for my volunteer work as a Southfield Police and Fire Chaplain I have the pleasure of providing much needed spiritual guidance for Jewish students in Ann Arbor.

I am the director of the Jewish Resource Center which provides multiple services to students including Jewish traditional experiences, classes on character building and morals, mentorship, and spiritual guidance. Since all programming is free of charge to students so that all have the opportunity to benefit, we rely on the donations of our supporters.

Mr. Fruman not only encouraged his son to take time out of his busy academic schedule to devote time to strengthen his morals and character, but he also provided monetary support generously and with a smile.  When sponsoring Shabbat dinner which hosts approximately 200 students, Mr. Fruman attended the dinner and was a source of warm encouragement, positivity and a wonderful example to these young men and women. Mr. Fruman is a clearly a family man, leader in his community and supportive of religious institutions.

It is my belief that Mr. Frumans' actions are based in good intentions and good will. Our prayers are certainly with him through this difficult time. I respectfully ask the court and the honorable judge to take into account Mr. Frumans' history of good deeds and community activism during sentencing.

Respectfully,

*fully Eisb*

Rabbi Fully Eisenberger
Director

1335 Hill St., Ann Arbor, MI 48104   |   248.905.1119   |   www.umichjrc.org   |   umichjrc@gmail.com