# EXHIBIT 7

Oct 1, 2021

The Honorable J. Paul Oetken
United States District Court | Southern District of New York

Dear Judge Oetken,

My name is Artur Fruman and I'm a real estate agent in both Florida and New York City. I'm also the founder and creator of ScrapeYourTongue – the best Tongue Scraper you'll find on the market. Lastly, my most cherished role is being the eldest son of Igor Fruman.

I'll start with a little about my dad - he's a pretty awesome and courageous guy. When dad was 21 years old he got on the public trolley and saw a really pretty girl so he started talking to her and asked for her name. It was loud so he got up and politely asked everyone to be quieter so he could hear her. A couple years later they got married and I was born - yay! Although at that time in Ukraine it was very difficult to be openly Jewish due to rampant antisemitism. My dad didn't want ME to grow up in that type of environment, so he made the decision to pick up our whole family and move to America when I was 3.

27 years later I'm sitting here and feeling really grateful that he had the foresight to make that tough decision for our family - which has grown quite a bit since we got here. My parents eventually separated (peacefully), but luckily my dad fell in love with my step mom who gave me 3 amazing siblings - Daniel (18), Robert (15), and Gisele (11). We all love our dad very much and this whole situation has been a little bittersweet. The bitter is obvious, but the amount of time he's been able to spend at home with his kids has been sweet & priceless.

Now I know the sentencing guidelines call for a pretty hefty amount of years in prison but I would implore you to weigh in the fact that he has been on house arrest for almost 2.5 years. On top of that he basically had a completely separate trial by media and they sentenced him to a lifetime of search engine optimization that even a super computer couldn't untangle the web of false information tied to my father's name. I don't believe a jail cell could punish him or anyone else to a greater extent than the media and internet torment that he will carry with him forever.

For example - the (former) United States Attorney General for the SDNY stood before the press on the day my dad was arrested with a poster that wrongfully accused my dad of making political donations on behalf of a Ukrainian government official. It was almost a year later that the government quietly took that part out of the indictment. I think my point here is that people (even the government) make mistakes. I can assure you that my dad will never make this mistake, or flirt with the line on any other laws ever again.

In fact my dad has never broken any laws. He's been a model citizen since he got to this country almost 30 years ago. He has always been an extremely fair and trustworthy businessman who is respected and loved by his colleagues. Even in this situation the only person that got screwed is

my dad. His intentions were never to harm anyone, they were to start legitimate businesses where he took on all the financial risks.

His greatest fault is probably that he loves and trusts others a little too much. In his mind, his partners were well-versed in the process, and they always claimed to have proper legal advisors around in order to make sure everything was legitimate. We can't change the past, but I know this experience will be a great lesson for him, and will carry a huge impact on our entire family's future.

My siblings are all a lot younger than me. In fact my little sister Gisele is 20 years younger so it's been fun being a co-dad to her. Our dad loves us more than anything and that's a big reason why he pleaded guilty to this one count, because he wanted to teach his children that you need to own up to your actions. I really hope they don't need to see their father locked up for much longer.

I know your work can be incredibly difficult, so I want to thank you, Your Honor, for taking the time to read this over and hope this letter shines light onto the human and amazing father that stands before you.

<3
Artur

--