# EXHIBIT 8

ב"ה

ВСЕУКРАЇНСЬКИЙ КОНГРЕС ІУДЕЙСЬКИХ РЕЛІГІЙНИХ ГРОМАД

אגודת קהילות יהודיות באוקראינה



Tel/fax: +38 044 235 90 82, +38 044 235 90 83
13 Shota Rustaveli str, Kyiv 01001, Ukraine
sinagoga.kiev.ua, email: info@ukrainejc.org

To the Right Honorable Court,

As Chief Rabbi of Ukraine, I affirm, on behalf of the Jewish community of Kiev, that Igor Fruman is a respected friend and a valued member of the community, who was a frequent attendee to the Brodsky Synagogue and an integral part in all of our charitable and festive events. Whenever I travel abroad, he is always happy to meet. He has been a true friend ever since our first encounter.

Igor Fruman is well known in Ukraine as well as abroad, as a philanthropist and a person who is always prepared and willing to help. He has played a vital role in the support and development of numerous charitable projects in our community, helping the sick and the needy.

Eight years ago, I set out on a mission to create a community that welcomes Jews who had been displaced by antisemitism and war in Ukraine. I found a place outside of Kiev, which is now a small village called Anatevka. Igor has been a crucial donor and consultant on this project, that now houses numerous families and has given an education to hundreds of children. To honor his generosity and his help, we dedicated the library in the children's school in the memory of Igor's father, Mikhail Fruman. I remember the look in his eyes when he saw the plaque outside the library - the joy and the pride of seeing his father's name live on, after his passing a few years previously.

He has also been a loud voice in the promotion of our community to the world. He brought a film crew headed by Max Lewkowicz that was making a documentary about the hit Broadway classic "Fiddler on the Roof" (whose setting is the little shtetl of Anatevka, the namesake to our village) from America, to have us featured in their film, right around the time of the first wedding in our community. The film was released in 2019, entitled "Fiddler: A Miracle of Miracles," and Igor's commitment to highlight the often overlooked Jewish community of Ukraine and its cultural impact on the world exemplifies once again, his unyielding commitment and character.

He is a man who has a deep conviction in instilling the same spirit of giving and selflessness onto his children, as he brought them to the village a few years ago, to show how far even a little care and charity can go.

I am, to the depths of my soul, convinced of the honesty and the decency of this person.

Therefore, on behalf of the many thousands of Jews in Kiev and across all of Ukraine, I ask the right honorable court to take my words into consideration when passing a sentence on a person whom I value and esteem so highly.

Respectfully,
Moshe Reuven Azman

Chief Rabbi of Ukraine and Kiev