# EXHIBIT 9

11/2/21

Southern District of New York
500 Pearl St
New York, NY 10007

Dear Honorable Judge Paul Oetken,

My name is Natalie and I'm Artur's fiancé (Igor's eldest son)

Artur and I have been together for over 5 years and I met Igor one of the first weeks we started dating in Miami, as we spent time visiting him during the holidays. Igor has always been the most positive person in the room. Something I really believe Artur lives his life by, and learned from his father. I wholly admire that he continues this attitude in his current circumstance and portrays it to his children. In today's world one of the most special attributes, I believe, is to remain positive. With all the bad news out there, it's very unique to find someone who always see the good in everything around them.

To say the last 2.5 years haven't completely flipped our lives would be a lie. What I can say is, I'm proud to call Igor my future father-in-law. His devotion to family is something I see in my own father who came to America 63 years ago, to start a better life for our family. Igor gives all that he has to others. Whether it's to take his mother, Ida, to her weekly Costco runs, or to make sure not to miss one of Gisele's soccer games, he really is a super dad, son, uncle and father-in-law.

Although Artur and I have spent plenty of time with his family, I would say that it is ever since March 2020, that my relationship with the Fruman family felt like they were my own. In the beginning of lockdown we were quarantining in Florida. I am the youngest of 5, so I'm used to a chaotic household, but instantly I had 3 younger siblings: Daniel, Robby, and Gisele. Our days began with a Tabata workout that Igor made sure we all participated in to stay active and healthy during COVID, then went on to cook family dinners and after, some heated monopoly games - all as a family.

You could say a lot of families had this experience during lockdown for those first few months, but I think the unique part was this continued for the Fruman family. This tight knit family that I've called my own is something I will cherish and never take for granted.

Artur and I have been engaged for a little over a year now, and we cannot imagine a wedding without Igor. Unfortunately, time has not seemed to be on our side. Although we can wait for all this to end, my own father is turning 85 this March, which makes planning a wedding a Catch 22 scenario. Our hopes are high and we will embody Igor's positive attitude, as he would like us to. I'm confident he will make it and Your Honor will be able to see the real Igor Fruman in these letters, versus the charge he has pleaded to.

All my best,
Natalie Parvizian

███████