# EXHIBIT 10

Dec 22, 2021

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St
New York, NY 10007

Dear Your Honorable Judge Oetken,

My name is Milena Shlafer, and in what now seems like a previous life, I called Igor Fruman my husband.

I knew Igor long before his rise to so called fame. He and I had a room in a communal apartment, where the kitchen and the bathroom were shared with other residents of this home. At the time he studied during the day, where I can attest his professors regarded him highly for his ethic, and worked as a security guard at night to provide for his family.

He recognized that he was not going to get very far if he kept on the same path, and he aspired to open his own business. He had nothing to start with except his ambition and drive. His riches back then were his sense of humor, his big heart, and a particular energy that made people want to be next to him. He always treated people fairly, in fact I can recollect a few situations where he went above and beyond even when those he was interacting with had let him down in the past. There was a particular situation when he asked an acquaintance for help, needing some assistance with a small venture, and that man turned him down. A few years later, that very man lost everything due to some investment miscalculations and approached Igor for help. Igor offered the man a job and helped him get back on his feet. He was decent in the way he treated people, and I have seen him carry out such acts on many occasions. Back then he kept a select few people around him and did not get involved with those who didn't have the best intentions at heart.

20 years since we went our separate ways, Igor and I maintain a very friendly relationship, calling each other with best wishes for holidays and birthdays. We tried doing everything we could to ensure our son did not experience some of the turbulence felt in divorced families, and I appreciate him consistently remaining a positive role model for Artur. Igor lost his father to cancer in recent years, which was a very tough blow for his family. Unfortunately, his mother is now ill as well, and I know Igor is taking care of her. The younger kids are also mostly under his care, and he's doing the best he can balancing these responsibilities while trying to mitigate the effect of the latest developments.

I can confidently say being genuine and maintaining a good moral compass have been his principles since I first met him. I feel it would be important for me to state that he has always had this approach to life, and these are the values he has instilled in our son, Artur, as well.

I appreciate your time very much,

Milena Shlafer