# C A D W A L A D E R

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

January 20, 2022

**VIA ECF**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Igor Fruman,*  S1 19 Cr. 725 (JPO)

Dear Judge Oetken:

I represent Igor Fruman in the above-referenced case.  Mr. Fruman's sentencing hearing is scheduled for tomorrow, January 21, 2022 at 2:00 p.m.  Please find attached two additional letters in support of Mr. Fruman.

Respectfully Submitted,

*Todd Blanche* ᵗᴸˢ

Todd Blanche

cc:   AUSA Hagan Scotten  (by ECF)

**Todd Blanche**  Tel +1 212 504-6226   Fax +1 212 504-6666   todd.blanche@cwt.com

Irina Gelfand
40 Dana Place
Closter, NJ  07624
Phone: 917-885-2240
E-mail: writetoirina@gmail.com

January 17, 2022

The Honorable J. Paul Oetken
Southern District of New York
500 Peral St New York, NY  10007


Dear Judge Oetken,


My name is Irina Gelfand.  I was born in 1961 in the former USSR and in 1994 I immigrated with my family to the United States.  I am now a U.S. citizen and I have been living in New Jersey since 1998.  I have a Bachelor's degree in Economics from Russia and an Associate's degree in Accounting from the U.S.

My relationship to Igor Fruman:
FD Import & Export Corporation was established in 1996.  From 1997 to 2020, I was an employee as a bookkeeper for FD Import & Export Corp., under the President of the company, Igor Fruman.

From 23 years of work for the company, I can characterize Igor Fruman as a caring employer who understands the needs of his employees.  His tireless energy along with his amazing organizational skills are outstanding, and it has been a pleasure to work with him over the years.

Coming from the Soviet Union in a period of economic and political change to U.S., Igor built a new life.  Talented and highly disciplined, he could create and establish a well-organized and operated business.   I was really proud to work for FD Import & Export under the President of the company, Igor Fruman, and I think about him with kindness and appreciation.

From a personal point of view, I know Igor as a family-oriented man, a loving, supportive son, a grandson, and a responsible, devoted father of four.   For many years he supported a Jewish temple, helping post-Soviet refugee immigrants adapt and integrate into American society.

I would like to ask you to consider my letter in his sentencing.


Sincerely,

*Irina Gelfand*

Irina Gelfand
917-885-2240



# V.V. INTERNATIONAL. INC

## AGENT, BROKERS, TRADING, MARKETING & CONSULTING associates

38 Castlenau SW13 9RU London - England Tel : 44 (0)7968 695 125
Kenilworth , 10205 Collins Ave , APT 1703 - Bal Harbor Florida 33154 –Tel : 1 305 864 3695
Fax 1 305 864 2116

JANUARY 10Th 2022

THE HONORABLE J.PAUL OETKEN
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK , NY 10007

**DEAR JUDGE OETKEN ,**

YOUR HONOR , LET ME INTRODUCE MYSELF .
I AM **VIVIANE VENTURA , CEO OF VVINTERNATIONAL.INC** , AN
INTERNATIONAL PROMTIONS COMPANY THAT HAS WORKED
INTERNATIONALLY FOR THE PAST 35 YEARS ALL OVER THE WORLD .

IN MY COURSE OF WORK I HAVE HAD THE PRIVILEDGE OF WORKING ARM IN
ARM WITH KINGS , PRINCES , UK ROYAL FAMILY , PRESIDENTS , CEO , AND
PERSONS OF SUCH HUMAN VALUE AS HIS HOLINESS THE DALAI LAMA ,
PRESIDENT NELSON MANDELA , HIS ROYAL HIGHNESS KING HUSSEIN ,
PRIME MINISTER OF INDIA HIS EXCELLENCY RAJIV GHANDI , ALL
WONDERFUL EXPERIENCES .

IN THE COURSE OF MY LIFE I HAVE LEARNED TO HAVE MYSELF AND
RECOGNIZE THESE  MOST IMPORTANT HUMAN VALUES , HONESTY ,
SINCERITY , DISCIPLINE AND HARD WORK , – ALL LESSONS LEARNED OVER
THE YEARS OF EXPERIENCE .

ONE OF THOSE SPECIAL HUMAN BEINGS THAT I HAVE HAD THE PLEASURE
OF MEETING IS **MR IGOR FRUMAN** , WHICH SERVES ALL THOSE HUMAN
QUALITIES THAT ARE SO NECESSARY TO LIVE WITH !

**MR FRUMAN** HAS NOT ONLY BECAME A FRIEND , BUT I HAVE ALSO WORKED
WITH HIS FAMILY , AND MAY I SAY THAT ALL THE RULES OF DESENCY ,
HONESTY AND CLARITY HAVE BEEN APPLIED IN OUR DEALINGS .
**VERY RARE TODAY I HASTEN TO ADD !**

IS **MR FRUMAN** INFALIBLE ? OF COURSE NOT , NONE OF US ARE !
WE ALL MAKE MISTAKES THROUGH NOTHING MORE **THAN IGNORANCE** OR
NOT BEING FULLY INFORMED OF THE RULES -
THAT IS WHY IT IS SO , SO , SO NECESSARY TO GIVESPECIALLY
INDIVIDUALS OF THE CALIBER OF **MR FRUMAN** HIS SECOND CHANCE – WELL
DESERVED .

**MR FRUMAN** HAS WORKED HARD TO SUCCEED IN LIFE , SUPPORTING HIS
FAMILY ON ALL THEIR NEEDS , HIS FAMILY , HIS FRIENDS AND BUSSINESS
ASSOCIATES HAVE IMMENSE RESPECT AND ADMIRATION FOR HIM ,
BECAUSE OF WHO **HE IS** – HIS PATH HAS BEEN SO EXCEPTIONAL HE HAS
EVEN CHOSEN AND ACCEPTED TO BECAME A **USA CITIZEN !**

YOUR HONOR , WITH GREAT HUMILITY , I AM NOT SUGGESTING WHAT
NEEDS TO HAPPEN , BUT I JUST WANTED TO GIVE A FULL , HONEST
PICTURE OF THE REAL MAN **IGOR FRUMAN** , FOR WHOM HE IS FROM A
COMPLETE OUTSIDER , MY SELF **VIVIANE VENTURA** .

I WOULD LIKE TO THANK YOU FOR YOUR ATENTION , AND IT IS AN HONOR
TO ADDRESS THIS LETTER TO YOU , YOUR HONOR .

THANK YOU
SINCERELY

**VIVIANE  VENTURA**
**CEO of VVINTERNATIONAL.INC**

2