# CADWALADER

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

March 2, 2022

**VIA ECF AND E-MAIL**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *United States v. Igor Fruman*,  S1 19 Cr. 725 (JPO)

Dear Judge Oetken:

   I represent Igor Fruman in the above-referenced case, and I write to respectfully request a 7-day adjournment of Mr. Fruman's surrender date. Mr. Fruman was sentenced on January 21, 2022 and ordered to surrender on March 7, 2022.  Mr. Fruman has received confirmation of his placement at the Otisville Correctional Facility and was prepared to surrender on or before March 7, 2022.  As Your Honor may recall, the grandparents of Mr. Fruman's three children live in Ukraine, and are currently attempting to safely leave the country because of the Russian invasion. Mr. Fruman is assisting them in that regard and has been having multiple communications with them and others over the past several days.  We do not anticipate this process will take a long time, but it may not be completed by March 7, 2022.  Therefore, we respectfully request that Your Honor allow Mr. Fruman to surrender no later than March 14, 2022 so that he is able to continue to assist in the process of getting his children's grandparents to safety.  I have discussed this request with the government, and they do not object to the proposed 7-day adjournment of Mr. Fruman's surrender date.

                                        Respectfully Submitted,

                                        /s/ Todd Blanche

                                        Todd Blanche

cc:     Hagan Scotten, Esq.
        All counsel (by e-mail)

**Todd Blanche**  Tel +1 212 504-6226   Fax +1 212 504-6666   todd.blanche@cwt.com