# CADWALADER

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

March 24, 2022

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *United States v. Igor Fruman*,  S1 19 Cr. 725 (JPO)

Dear Judge Oetken:

    I represent Igor Fruman in the above referenced matter. Mr. Fruman was sentenced on January 21, 2022 and surrendered on March 14, 2022. I write to request that Your Honor order Pretrial Services to release Mr. Fruman's United States passport to either of his attorneys, myself or Timbre Shriver, Esq., so that we may return it to his family.  I have been informed that, absent such an order, Pretrial Services will return Mr. Fruman's passport to the Department of State.

    Thank you for your consideration of this matter.

Respectfully Submitted,

/s/ Todd Blanche

Todd Blanche

cc:     Hagan Scotten, Esq. (via ECF)

**Todd Blanche**  Tel +1 212 504-6226   Fax +1 212 504-6666   todd.blanche@cwt.com