

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 6, 2022

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Fruman*, S1 19 Cr. 725 (JPO)

Dear Judge Oetken:

    The Government respectfully writes in response to questions posed by the Court during the sentencing proceeding for Lev Parnas, with respect to whether Igor Fruman had been released from prison. The Government has conferred with the Bureau of Prisons, and understands that Mr. Fruman reported to the Bureau of Prisons for service of his 366-day sentence on March 13, 2022, was transferred to crisis furlough on May 3, 2022, and then transferred to home incarceration beginning May 25, 2022. The latter two assignments were pursuant to the CARES Act. The Government is available to confer with the Bureau of Prisons should the Court have any further questions.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

    By:    /s/
    Rebekah Donaleski
    Aline R. Flodr
    Nicolas Roos
    Hagan Scotten
    Assistant United States Attorneys
    (212) 637-2423

Cc: Counsel for the defendant (by ECF)